A97A1703. GODINHO v. CITY OF TYBEE ISLAND, GEORGIA.
(517 SE2d 537)

ELDRIDGE, Judge.

In *City of Tybee Island v. Godinho*, 270 Ga. 567 (511 SE2d 517) (1999) the Supreme Court reversed the judgment of this Court's opinion in *Godinho v. City of Tybee Island*, 231 Ga. App. 377 (499 SE2d 389) (1998). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Johnson, C. J., Pope, P. J., Andrews, P. J., Blackburn, P. J., Barnes, J., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED APRIL 30, 1999.

*Barrow, Sims, Morrow & Lee, Jordon D. Morrow*, for appellant.

*Oliver, Maner & Gray, Patrick T. O'Connor, David S. Gruskin,* for appellee.